### 6849.   COUCH v. THE STATE.

WADE, J.   The evidence was wholly circumstantial, and was insufficient
   to authorize the conviction of the accused.        *Judgment reversed.*
                    DECIDED NOVEMBER 5, 1915.

Conviction of attempt to rob; from Fulton superior court—Judge
B. H. Hill.   July 3, 1915.

*T. Donnelly Bennett,* for plaintiff in error.

*Hugh M. Dorsey, solicitor-general, E. A. Stephens,* contra.

---

### 6850.   MAULDIN v. THE STATE.

BROYLES, J.   There was no evidence to support the verdict.
                                            *Judgment reversed.*
                    DECIDED NOVEMBER 5, 1915.

Conviction of attempt to rob; from Fulton superior court—
Judge B. H. Hill.   July 3, 1915.

*Albert Kemper,* for plaintiff in error.

*Hugh M. Dorsey, solicitor-general, E. A. Stephens,* contra.